**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1982**

In re: LARRY SINCLAIR WILLIAMS,

                Petitioner.

On Petition for Writ of Mandamus.
(1:92-cr-00083-AVB-1)

Submitted: December 18, 2014      Decided: December 22, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Larry Sinclair Williams, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Sinclair Williams petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2012). He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED